**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMPREHENSIVE OBGYN, PA,<br><br>Plaintiff,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY,<br><br>Defendant. | Civil Action No. 25-12682 (SDW) (CF)<br><br>**WHEREAS OPINION & ORDER**<br><br>December 18, 2025 |

**WIGENTON, District Judge.**

　　**THIS MATTER** having come before this Court upon Defendant Horizon Blue Cross Blue Shield of New Jersey's ("Defendant") Motion to Dismiss (D.E. 7 ("MTD")) Plaintiff Comprehensive OBGYN, PA's ("Plaintiff") Complaint (D.E. 1 ("Compl.")), and Plaintiff's Cross-Motion to Confirm an Arbitration Award (D.E. 12); and

　　**WHEREAS** Plaintiff initiated the instant lawsuit on July 2, 2025, asserting claims pursuant to and for violation of the No Surprises Act, 42 U.S.C. § 300gg-111 *et seq.* (Compl. at 6–8.) Plaintiff seeks to recover $17,127.88 in Independent Dispute Resolution ("IDR") awards issued following IDR proceedings on October 7 and 24, 2024. (*Id.* ¶¶ 49, 53); and

　　**WHEREAS** for the reasons so cogently expressed in *Modern Orthopaedics of New Jersey v. Premera Blue Cross*, No. 25-1087, 2025 WL 3063648 (D.N.J. Nov. 3, 2025), this Court concludes it lacks jurisdiction over the instant matter; therefore

　　Defendant's MTD and Plaintiff's Cross-Motion are **DENIED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

   /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:    Clerk
cc:      Parties
         Cari Fais, U.S.M.J.